IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CORYN SHIFLET, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| v. | ) | 1:22-cv-03964-TWT-CCB |
| | ) | |
| BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, | ) ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## MOTION FOR CONSENT NON-WAIVER AGREEMENT AND PROTECTIVE ORDER

Defendant, by and through its counsel the Attorney General of the State of Georgia, respectfully requests that the Court grant and enter into the case record the proposed "Consent Non-Waiver Agreement and Protective Order" regarding private, personal, privileged, or otherwise sensitive documents produced during the discovery period in this case. The reasons for the "Consent Non-Waiver Agreement and Protective Order" are stated in its preamble. The proposed "Consent Non-Waiver Agreement and Protective Order" signed by counsel for the Plaintiff and Defendant is being filed contemporaneously with this motion.

Respectfully submitted, this 16th day of March 2023.

2

        CHRISTOPER M. CARR      112505
        Attorney General

        BRYAN K. WEBB      743580
        Deputy Attorney General

        KATHERINE P. STOFF      536807
        Senior Assistant Attorney General

        */s/Jehae Kim*
        JEHAE KIM      548575
        Assistant Attorney General
        Attorney for Defendant UWG/BOR

Please serve:

Jehae Kim
Assistant Attorney General
Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334
Tel:   (404) 458-3263
Email: jkim@law.ga.gov

2

CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2023, I caused to be filed the foregoing MOTION FOR CONSENT NON-WAIVER AGREEMENT AND PROTECTIVE ORDER to be filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

Kimberly A. Worth
kworth@worthjarrell.com
Teresa L. Pardiñas
tpardinas@worthjarrell.com
Stephen Revis
srevis@worthjarrell.com
WORTH JARRELL LLC
Five Concourse Parkway
Suite 3200
Atlanta, Georgia 30328

*Attorneys for Plaintiff*

<u>s/Jehae Kim</u>
Jehae Kim   548575
Assistant Attorney General

Georgia Department of Law
40 Capitol Square, SW
Atlanta, Georgia 30334
Telephone: (404) 458-3263
Email: jkim@law.ga.gov