# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cv-03964-TRJ
## Shiflet v. Board of Regents of the University System of Georgia
## Honorable Lawrence R. Sommerfeld

Minute Sheet for proceedings held In Open Court on 01/08/2026.

TIME COURT COMMENCED: 10:33 A.M.
TIME COURT CONCLUDED: 5:27 P.M.
TIME IN COURT: 6:54
OFFICE LOCATION: Atlanta
DEPUTY CLERK: Amy McConochie

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Ryan Kolb representing Board of Regents of the University System of Georgia<br>Courtney Poole representing Board of Regents of the University System of Georgia<br>Kimberly Worth representing Coryn Shiflet |
| PROCEEDING CATEGORY: | Settlement Conference |
| MINUTE TEXT: | The parties participated in a settlement conference. The mediation remains open until Friday, January 9, 2026. |